FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN C., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:17-CV-0420-JTR <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 20. Attorney Gary R. Penar represents Plaintiff; Special Assistant United States Attorney Joseph John Langkamer represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 4. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 20**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) will hold a *de novo* hearing and issue a new decision. The ALJ shall: (1) further evaluate the opinion evidence, including the evidence from Dr. Mueller and Dr. Schiopu; and (2) obtain

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

updated evidence from a medical and/or vocational expert, if warranted.  The ALJ may take any other actions necessary to develop the record, and Plaintiff may present additional testimony and submit additional evidence.

    2.    **Judgment shall be entered for PLAINTIFF** in accordance with FED. R. CIV. P. 58.

    3.    Plaintiff's Motion for Summary Judgment, **ECF No. 12**, is **STRICKEN AS MOOT**.

    4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED October 29, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2